**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cr-60019-RS**

**UNITED STATES OF AMERICA,**

**vs.**

**JOHN FRITZBERT WATSON JR.,**

**Defendant.**
______________________________________/

**MOTION TO WITHDRAW**

Pursuant to Local Rules 7.1(a)(1)(F) and 11.1(d)(3)(B), the undersigned counsel hereby files this Motion to Withdraw as asset forfeiture Assistant United States Attorney for the United States of America in this cause. The undersigned counsel is no longer employed by the United States Attorney's Office for the Southern District of Florida and has moved out of the district. The current Assistant United States Attorney lead attorney remains on this matter should any issues arise for the United States.

The undersigned requests that her name not appear as counsel representing the United States in this cause, and she be removed from the service list and electronic notices via CM/ECF in this case on all further pleadings.

Dated January 24, 2025

Respectfully submitted,

LISA RUSSELL
Deputy Assistant Attorney General
Environment & Natural Resource Division
U.S. Department of Justice
Environment & Natural Resource Division
U.S. Department of Justice

By: s/ Emily R. Stone
Emily R. Stone

Trial Attorney
Fla. Bar No. 92077
Environmental Crimes Section
U.S. Department of Justice
150 M Street NE
Washington, DC 20002
Telephone: (202) 305-5681
emily.stone2@usdoj.gov